PROB 12C
(7/93)

Report Date: July 20, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Guerrero        Case Number: 0980 2:10CR02051-FVS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: December 9, 2010

Original Offense:    Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1);
Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence:    Prison - 46 months;        Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:    TBD                      Date Supervision Commenced: June 17, 2015

Defense Attorney:    Rick Lee Hoffman            Date Supervision Expires: December 16, 2016

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 6, 2015, Mr. Guerrero provided a presumptive positive urinalysis for amphetamines. He denied consuming any amphetamines and the urinalysis was sent to Alere Toxicology Services for testing. On July 15, 2015, USPO Vargas received a drug test report, showing positive results for amphetamines.

Also, Mr. Guerrero admitted to consuming amphetamines on July 13, and July 16, 2015.

2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On June 21, 2015, the defendant was arrested and charged with fourth degree assault, domestic violence, case number 5Z0712428. Mr. Guerrero bailed out of Yakima City Jail on July 6, 2015. His next court date is scheduled for August 12, 2015.

Prob12C
**Re: Guerrero, Raymond**
**July 20, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

July 20, 2015
Date