PROB 12C
(7/93)

Report Date: July 22, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Guerrero          Case Number: 0980 2:10CR02051-RMP-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: December 9, 2010

Original Offense:    Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1);
                     Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence:   Prison - 46 months;            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Ian Garriques              Date Supervision Commenced: June 17, 2015

Defense Attorney:    Rick Lee Hoffman           Date Supervision Expires: December 16, 2016

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/20/2015.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C  
Re: Guerrero, Raymond  
July 22, 2015  
Page 2

**Supporting Evidence**: Mr. Guerrero entered inpatient substance abuse treatment at Sundown M Ranch in Selah, Washington, on July 17, 2015. He was unsuccessfully discharged from treatment on July 19, 2015. According to staff at Sundown M Ranch, the defendant introduced methamphetamine into the treatment facility and shared it with two other patients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 22, 2015

s/Phil Casey

Phil Casey  
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action  
[ ] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ] Defendant to appear before the Judge assigned to the case.  
[ ] Defendant to appear before the Magistrate Judge.  
[ ] Other

Signature of Judicial Officer

7/23/15  
Date