PROB 12C
(7/93)

Report Date: September 30, 2015

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2015

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Raymond Guerrero                Case Number: 0980 2:10CR02051-001

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ , Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: December 9, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d); | |
| Original Sentence: | Prison 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced:  June 17, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires:  December 16, 2016 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/20/2015 and 07/22/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On September 29, 2015, Mr. Guerrero was unsuccessfully discharged from Pioneer Center East (PCE) for noncompliance with the program rules.<br><br>On September 1, 2015, Mr. Guerrero was admitted to PCE for 30 days of intensive inpatient substance abuse treatment.  On September 29, 2015, Mr. Guerrero was unsuccessfully discharged from PCE for noncompliance with the program rules. |

Prob12C
Re: Guerrero, Raymond
September 30, 2015
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: Mr. Guerrero failed to report to the U.S. Probation office as directed on September 30, 2015.<br><br>On September 29, 2015, this officer spoke with Mr. Guerrero after he was notified of being unsuccessfully discharged from PCE.  This officer instructed Mr. Guerrero to report in person to the U.S. Probation office in Yakima on September 30, 2015, at 8:00 a.m. but he failed to report as directed. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 30, 2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/2/2015
Date